180 So. 333

### GRANT v. STATE.

### 6 Div. 297.

Supreme Court of Alabama.

Feb. 24, 1938.

Rehearing Denied April 21, 1938.

Jim Gibson, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

The Court of Appeals in disposing of the petitioner's case applied the doctrine of error without injury in respect to the matters complained of here without stating the facts. Under the settled rules of review the writ of certiorari is due to be denied. Campbell v. State, 216 Ala. 295, 112 So. 902; Baumhauer v. Liquid Carbonic Corporation, 223 Ala. 244, 135 So. 427.

Writ of certiorari denied.

Judgment affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

180 So. 338

### Mrs. John S. FOSTER v. E. P. ROSAMOND.

### 6 Div. 306.

Supreme Court of Alabama.

March 24, 1938.

Rehearing Denied April 21, 1938.

John S. Foster, of Birmingham, for petitioner.

W. H. Sadler, Jr., of Birmingham, for respondent.

KNIGHT, Justice.

This cause is brought before this court on petition of Mrs. John S. Foster for review and revision of the opinion and judgment of the Court of Appeals in the case of Mrs. John S. Foster v. E. P. Rosamond, 180 So. 334.

A review of the evidence as set out in the opinion of the Court of Appeals—original and extended opinions—convinces us that the Court of Appeals properly applied the law of the case to the facts, and therefore, the writ prayed for must be denied.

Writ denied.

ANDERSON, C. J., and BROWN, and FOSTER, JJ., concur.